# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3709

_____

Abraham Grant

*Plaintiff - Appellant*

v.

Wendy Kelley, Director, Arkansas Department of Correction

*Defendant*

Estella Bland, Medical Provider, Varner Unit

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: April 23, 2018
Filed: April 26, 2018
[Unpublished]

_____

Before WOLLMAN, LOKEN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Abraham Grant appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action asserting a claim of deliberate indifference to his serious medical needs. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that the district court properly granted summary judgment. See Fourte v. Faulkner Cty., Ark., 746 F.3d 384, 387 (8th Cir. 2014) (deliberate-indifference claim requires showing that defendant knew of, but deliberately disregarded, objectively serious medical need; deliberate indifference is more than gross negligence, and mere disagreement with treatment decision does not rise to level of constitutional violation); see also Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (grant of summary judgment is reviewed de novo; record is viewed in light most favorable to nonmoving party). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.